UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSEANNE SCANDURA,

                Plaintiff,

        -against-

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

07 CV 5098 (RJD) (VVP)

DEARIE, Chief Judge.

        By Report and Recommendation filed April 16, 2010, Judge Pohorelsky recommended that the plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. §406(b) be granted. (Docket Entry 31.)

        No objections have been filed to the Report and Recommendation. The Court has reviewed Judge Pohorelsky's Report and Recommendation and adopts it in its entirety. The plaintiff's motion for attorneys' fees is granted, and she is awarded $31,748 in attorneys' fees withheld by the commissioner.

SO ORDERED.

Dated: Brooklyn, New York
       November __, 2010

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge